**DISMISSED and Opinion Filed August 5, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00962-CV**

**IN THE INTEREST OF C.W., C.W., AND C.W., CHILDREN**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01219**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

Appellant father appeals the trial court's judgment denying his bill of review.

On May 17, 2021, we ordered appellant to file a brief on the merits by June 16, 2021. On June 18, 2021, we notified appellant his brief was overdue and directed him to file both the brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the appeal's dismissal. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal. We therefore dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3 (b), (c).

200962f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.W., C.W., AND C.W., CHILDREN,

No. 05-20-00962-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas Trial Court Cause No. JC-19-01219. Opinion delivered by Justice Carlyle. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 5th day of August, 2021.